**Dismissed and Memorandum Opinion filed May 17, 2012.**



**In The**

# Fourteenth Court of Appeals
_____

## NO. 14-12-00317-CR
_____

**ADRIAN ROBERT GILLUM, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 177th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1317707**

## MEMORANDUM   OPINION

Appellant entered a guilty plea to theft.  In accordance with the terms of a plea bargain agreement with the State, the trial court sentenced appellant on March 13, 2012, to confinement for 180 days in the Harris County Jail.  Appellant filed a pro se notice of appeal.  We dismiss the appeal.

The trial court entered a certification of the defendant's right to appeal in which the court certified that this is a plea bargain case, and the defendant has no right of appeal.  *See* Tex. R. App. P. 25.2(a)(2).  The trial court's certification is included in the record on

appeal.  *See* Tex. R. App. P. 25.2(d).   The record supports the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

Accordingly, we dismiss the appeal.


PER CURIAM


Panel consists of Justices Boyce, Christopher, and Jamison.
Do Not Publish — Tex. R. App. P. 47.2(b)